IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MATT GARCIA,

Plaintiff,

vs.

ROWAN WILSON, MICHAEL ROSENTHAL, VANESSA FANG, and KEVIN MCCLANAHAN,

Defendants.

**8:26CV352**

**MEMORANDUM AND ORDER**

This matter is before the Court on its own motion. On July 21, 2026, the Clerk of the Court sent two orders to Plaintiff at his last known address, and they were returned to this Court as undeliverable. *See* Filing Nos. 6 & 7. Plaintiff has an obligation to keep the Court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days). This case cannot be prosecuted in this Court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Plaintiff must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **September 25, 2026**: check for address.

Dated this 26th day of August, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge